UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH J. HOLSWORTH,<br><br>               Plaintiff,<br><br>   v.<br><br>KING COUNTY, *et al*.,<br><br>               Defendants. | CASE NO. 2:24-cv-00005-RSL<br><br>ORDER STRIKING AMENDED COMPLAINT |

      This matter comes before the Court *sua sponte*. On January 2, 2024, this matter was removed from state court.[1] Twenty-nine days later, plaintiff filed a second "Amended Complaint for Damages." Dkt. # 11.

      Pursuant to Federal Rule of Civil Procedure 15(a)(1), "[a] party may amend its pleading once as a matter of course within:

    (A) 21 days after serving it, or

    (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsible pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Plaintiff's amendment does not comply with 15(a)(1). Even if the Court were to assume that the twenty-one day deadline for amendment as a matter of course ran from the date of

---

[1] Plaintiff originally filed this lawsuit in King County Superior Court in July 2023. She filed her first amended complaint in November 2023. *See* Dkt. # 10.

ORDER STRIKING AMENDED COMPLAINT - 1

removal, the amendment had to be accomplished by January 23, 2024. Plaintiff was no longer entitled to amend under Rule 15(a)(1)(A) after that date. As for Rule 15(a)(1)(B), defendants have not filed a responsive pleading. Thus, plaintiff was never entitled to amend under Rule 15(a)(1)(B).

Rule 15(a)(2) provides that, "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." There is no indication that plaintiff obtained defendants' consent to amend her pleading, nor has plaintiff sought or received the Court's leave to amend the Complaint.

For all of the foregoing reasons, the Amended Complaint filed on January 31, 2024, is hereby STRICKEN.

Dated this 1st day of February, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING AMENDED COMPLAINT - 2