UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SARAH J. HOLSWORTH<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY and KING COUNTY METRO TRANSIT and JOHN AND JANE DOES 1-10<br><br>Defendants. | No. 2:24-cv-00005-RSL<br><br>STIPULATED MOTION AND ORDER TO AMEND COMPLAINT |

The parties by and through their attorneys of record, pursuant to Fed. R. Civ. P. 15(a)(2) and through their undersigned counsel, hereby stipulate and agree to allow the Plaintiff to file the attached amended complaint and the parties accordingly stipulate and agree to entry of the proposed order below.

STIPULATED this __6th__ of February, 2024.

Pacifica Law Group, LLP

/s/Zachary Pekelis
Zachary Pekelis WSBA # 44557
*Attorney for Defendants*

Pacific Justice Institute

/s/ Harold H. Franklin, Jr.
Harold H. Franklin, Jr. WSBA #20486
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO AMEND COMPLAINT

1

HAROLD H. FRANKLIN JR.-ATTORNEY AT LAW
459 SENECA AVENUE NW
RENTON, WA  998057
(206)617-7031

**ORDER**

THIS MATTER came before the Court on the parties' stipulation and request to amend the complaint in this matter. The Court having considered the stipulation, the records and files herein, and otherwise being fully advised,

IT IS HEREBY ORDERED that the Plaintiff may file and serve on all parties the amended complaint within 14 days.

Dated this 20th day of February, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO
AMEND COMPLAINT

2

HAROLD H. FRANKLIN JR.-ATTORNEY AT LAW
459 SENECA AVENUE NW
RENTON, WA  998057
(206)617-7031